STANDARD OIL COMPANY OF NEW JERSEY, A CORPORATION, RELATOR, v. VINCENT J. MURPHY, DIRECTOR OF REVENUE AND FINANCE OF THE CITY OF NEWARK, RESPONDENT.

Argued March 23, 1939—Decided April 26, 1939.

Before Justices CASE, DONGES and PORTER.

For the relator, *Robert L. Hood* and *William J. Egan.*

For the respondent, *Thomas L. Parsonnet.*

PER CURIAM.

On reviewing the stipulated facts and the inferences which flow therefrom we conclude that the alleged right upon which relator rests has not the clarity or the certainty which are essential to the invocation of a prerogative writ of peremptory *mandamus.*

The application for the writ will be denied and the rule to show cause discharged; but without costs.